AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
Eastern District of New York

CHEN, J.
POLLAK, M.J.

| United States of America | )  |
|---|---|
| v. | ) |
| WAEL BAKRY, ABRAHAM DEMOZ, VICTOR GENKIN, MAYURA KANEKAR, and ALEXANDER KHAVASH | ) Case No. CR 17 353 |
| Defendant | ) |

## ARREST WARRANT

To:   Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*   **WAEL BAKRY**,

who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☐ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

Conspiracy to commit health care fraud and wire fraud (18 U.S.C. § 1349) and conspiracy to obstruct the lawful functions of the Internal Revenue Service (18 U.S.C. § 371).

Date: 7/5/17

*Issuing officer's signature*

City and state:   Brooklyn, New York

Peggy Kuo   USMJ
*Printed name and title*

### Return

This warrant was received on *(date)* 7/6/17, and the person was arrested on *(date)* 7/10/17 at *(city and state)* Staten Island, NY.

Date: 7/10/17

*Arresting officer's signature*

NADEEM AFZAL, SPECIAL AGENT
*Printed name and title*