

Wilson Sonsini Goodrich & Rosati
Professional Corporation

1301 Avenue of the Americas
40th Floor
New York, New York 10019-6022

O: 212.999.5800
F: 212.999.5899

October 27, 2021

<u>VIA CM/ECF</u>

The Honorable Sterling Johnson, Jr.
Senior United States District Judge
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

    Re:    <u>*United States v. Wael Bakry, et al.*</u>, No. 1:17-cr-00353-SJ

Dear Judge Johnson:

    We represent defendant Mayura Kanekar in the above-captioned proceeding. We write on behalf of the defendants to respectfully request the oral argument on Ms. Kanekar and Mr. Bakry's motions *in limine* scheduled to be held telephonically tomorrow be adjourned until the parties can be heard in-person, particularly as trial in this matter is five months away. The government does not oppose this request. The parties are still available to have tomorrow's status conference by telephone.

    Respectfully submitted,

    WILSON SONSINI GOODRICH & ROSATI
    Professional Corporation

    <u>s/ *Morris J. Fodeman*</u>
    Morris J. Fodeman

    *Counsel for Defendant Mayura Kanekar*

cc:    All Counsel of Record (via CM/ECF)